

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-27-2006

# Joseph v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 05-1047

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Joseph v. Atty Gen USA" (2006). *2006 Decisions.* Paper 137.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/137

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

November 16, 2006

### Nos. 05-1047 & 05-2889

**Warren Hilarion Eusta Joseph, Petitioner**
**v.**
**Attorney Gen USA, Respondent**
**(Agency No. A41-090-468)**

**Present:** **SMITH, WEIS, ROTH, Circuit Judges**

    1.  Motion by Petitioner to Amend Opinion.

|  | |
|---|---|
| | /s/ Carmella L. Wells |
| **Opinion & Judgment filed 10/02/06** | Carmella L. Wells 267-299-4928 |
| **Mandate to issue on 11/24/06** | Case Manager |

────────────────── **O R D E R** ──────────────────

**The foregoing motion is granted.**

**The opinion filed on October 2, 2006 is amended as follows:**

**On Page 9, Line 4 delete the words "for twenty years."**

                                        **By the Court,**

                                        **s/ WEIS**
                                        **United States Circuit Judge**

**Dated:** November 27, 2006